**QUICKSILVER CONTROLS, INC., Plaintiff–Appellee,**

v.

**ANIMATICS CORPORATION, James V. Hawkins, and Robert Bigler, Defendants–Appellants.**

No. 04–1155.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 1, 2004.

Warren James Krauss, Frederick D. Baker, Sedgwick, Detert, San Francisco, CA, Robert P. Andris, II, Ropers, Majeski, Redwood City, CA, for Defendants–Appellants.

R. Joseph Trojan, Trojan Law, Beverly Hills, CA, for Plaintiff–Appellee.

ON MOTION

DYK, Circuit Judge.

*ORDER*

Animatics Corporation et al. move to dismiss this appeal, due to settlement, and to direct the United States District Court for the Northern District of California to consider their motion to vacate its injunction.

We note that the appropriate course, in the event of settlement, is to remand the appeal to the district court so that it may consider the parties' request to vacate the injunction.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is remanded to the United States District Court for the Northern District of California for consideration of a motion to vacate the injunction.

(2) Each side shall bear its own costs.